```
              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    MIDDLE DIVISION
```

ALDIN VELETANLIC,            )
                             )
        Petitioner,          )
                             )
v.                           ) Civil Action Number:
                             )     4:13-cv-01263-WMA-JHE
ERIC HOLDER, JR., JANET      )
NAPOLITANO, and PHILIP       )
MILLER,                      )
                             )
        Respondents.

## MEMORANDUM OPINION

On August 2, 2013, the magistrate judge entered a Report and Recommendation, doc. 6, recommending that the petition for writ of habeas corpus be dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approve the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

DONE and ORDERED this 19th day of August, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE